## MUSSEN, Respondent, *v.* WHITE, Appellant.

*(Supreme Court, General Term, Third Department.*   November, 1891.)

Appeal from Essex county court.

Action by James Mussen against Jehial B. White.

Argued before LEARNED, P. J., and LANDON and MAYHAM, JJ.

*Riley & Conway,* (*R. Corbin,* of counsel,) for appellant.   *A. W. Boynton,* for respondent.

LANDON, J.   The question in dispute upon the trial was, how many cords of wood had the plaintiff delivered to the defendant or upon his order?   The verdict rests upon the plaintiff's testimony, and the defendant urges that upon its face it is inconsistent, contradictory, and unreliable.   The plaintiff seems to have been confused with respect to the items, but he testified to enough to justify the verdict, and it was for the jury to determine whether his testimony was reliable.   We see no ground for reversal.   Judgment affirmed, with costs.

---

## BANK OF SYRACUSE, Respondent, *v.* WISCONSIN MARINE & FIRE INS. CO. BANK, Appellant.

*(Supreme Court, General Term, Fourth Department.*   July 7, 1891.)

No opinion.   Motion for leave to go to the court of appeals denied.   See 12 N. Y. Supp. 952.

---

## BURLAND, Respondent, *v.* CLARE *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.*   July 7, 1891.)

Action by Lydia O. Burland, as administratrix, etc., against Samuel Clare and others.

No opinion.   Appeal from order dismissed, and judgment affirmed, with costs.

---

## COLE, Respondent, *v.* CLARK, Appellant.

*(Supreme Court, General Term, Fourth Department.*   July 7, 1891.)

Action by Edwin E. Cole against Orson D. Clark.

No opinion.   Judgment of the county court of Madison county, affirming a justice's judgment, affirmed, with costs.

---

## COLE, Respondent, *v.* RICHARDS, Appellant.

*(Supreme Court, General Term, Fourth Department.*   July 7, 1891.)

Action by Edwin E. Cole against William Richards.

Judgment of the county court of Onondaga county, affirming a justice's judgment, affirmed, with costs.

---

## CROUSE *et al.*, Appellants, *v.* REICHERT, Respondent.

*(Supreme Court, General Term, Fourth Department.*   July 7, 1891.)

Action by Charles E. Crouse and Daniel Ackerman against Frederick Reichert.   For appeal by defendant from order denying a motion to set aside judgment by default, see 15 N. Y. Supp. 369.

No opinion.   Order affirmed, with $10 costs and disbursements.